IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

Vs.                          CASE NO. 4:96cr00008-01 JMM

CHARLES RAY HARKEY                                                                      DEFENDANT

## ORDER

Following the sentencing hearing on April 7, 2006, it was determined that Defendant's term of supervised release should be for a period of seven months. This will allow him to complete work previously scheduled out of state. He shall begin serving his six month home detention with electronic monitor thirty days from the imposition of his sentence.

IT IS SO ORDERED this 10th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE