IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.                              NO. 4:96CR00008-01

CHARLES RAY HARKEY                                               DEFENDANT

## ORDER

Pending is Defendant's unopposed motion to terminate supervised release. (Docket # 250). For good cause shown, the motion is GRANTED. All supervised release previously imposed is hereby terminated.

IT IS SO ORDERED this 28th day of April, 2006.

_____
James M. Moody
United States District Judge